IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEMO D. WHIRL,

Plaintiff,

v.

EQUIFAX INFORMATION SERVICES,

Defendant.

Case No. 18-cv-1282 JPG/RJD

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: June 27, 2019**          **MARGARET M. ROBERTIE, Clerk of Court**

*s/Tina Gray*
 **Deputy Clerk**


**Approved:**    *s/J. Phil Gilbert*
         **J. PHIL GILBERT**
         **DISTRICT JUDGE**